AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**ORIGINAL**

NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
FEB 20 2013
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

UNITED STATES OF AMERICA
v.

MICHAEL J. WINFIELD

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:13-MJ-218

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about FEBRUARY 19, 2013, in DEKALB County, in the Northern District of Georgia defendant(s) did, Track Statutory Language of Offense)

by force and violence take from the person or the presence of another a sum of United States Currency belonging to Wells Fargo Bank, a federally insured institution, and during and in relation to that crime of violence did brandish a firearm.

in violation of Title 18 United States Code, Section(s) 924(c), 2113(a) and (d).

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.        (X) Yes        ( ) No

Signature of Complainant
S/A PERRY C. MEADORS

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

FEBRUARY 20, 2013                                   at        ATLANTA, GEORGIA
Date                                                                    City and State

ALAN J. BAVERMAN
United States Magistrate Judge
Name and Title of Judicial Officer                       Signature of Judicial Officer
AUSA STEPHANIE GABAY-SMITH

**AFFIDAVIT**

I, Perry C. Meador, being duly sworn, depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for approximately thirteen years. I am currently assigned to the Atlanta, Georgia office and work on the Violent Crimes/Major Offenders Squad, which has the responsibility of investigating bank robberies.

2. The following is based on information and belief, the source of that information and basis for that belief being information obtained from investigation conducted personally and from that conducted by other law enforcement officers.

3. On February 19, 2013, at approximately 5:00 pm, The Wells Fargo Bank, a federally insured institution, located at 4099 Lavista Road, Tucker, Georgia, was robbed by a lone black male. The loss to the bank was approximately $4,936.00. Surveillance cameras in the bank were functioning at the time of the robbery and photos were obtained of the robber.

4. Witnesses at the bank advised that the robber entered the bank approached the teller counter brandished a handgun and demanded large bills no dye packs or track packs. The robber then demanded that the money be put into a bag. The teller complied with the robbers demand. The robber took the money and fled the bank.

5. Witnesses inside the bank described the robber as: black male with Carmel colored skin, approximately 5'5" - 5'10" inches in height, late 40's to early 50's, weight 140 - 170 lbs., bald head, black hooded sweatshirt, dark pants, black handgun.

6. On February 9, 2013, the BP Connect-Gas Station located at 2335 Cobb Parkway, Smyrna, Georgia was robbed by a lone black male brandishing a handgun.

7. Smyrna Police responded to the scene. Witnesses at the station advised that a black male entered the gas station, walked up to the cashier and demanded money. The robber then brandished a black handgun. The robber took an undisclosed amount of cash and fled the station.

8. Witnesses at the gas station described the robber as: black male, light complexion, wearing a black hooded jacket, skull cap and dark clothing, approximately 5'9" in height, and carrying a black handgun.

9. On February 11, 2013, an anonymous tip was received by the Smyrna 911 operator. The tipster advised that a black male by the name of Michael Winfield was in the Bankhead area bragging about committing numerous robberies. Smyrna Detective Ron Waddell conducted an in-house data base search on Michael Winfield. Detective Waddell obtained information on a Michael J. Winfield, black male, with a date of birth of 09/25/1965, a height of 5'9" and a weight of 180 pounds. Winfield has a prior federal conviction for bank robbery out of the Northern District of Georgia. Detective Waddell prepared a photographic line up and presented this line up to the witnesses/victims at the BP Connect-Gas Station located at 2335 Cobb Parkway, Smyrna, Georgia. Two of the three witnesses positively identified Michael J. Winfield's photographic as the individual who robbed the BP Connect-Gas Station.

10. On February 12, 2013, Smyrna Police Department obtained

an arrest warrant for Michael Winfield charging him with armed robbery.

11. SA Meador obtained Winfield's driver's license photograph and compared Winfield's driver's license photograph with the February 19, 2013, Wells Fargo bank robbery digital surveillance camera photographs. Based on this agent's expertise in working and investigating bank robberies for over twelve years, it is the belief of this agent that the individual in the bank surveillance photographs is Michael J. Winfield.

12. Based on the foregoing, I submit that there is probable cause to believe that on and February 19, 2013, Michael J. Winfield, did violate Title 18, United States Code, § 2113 (a) and (d) and Title 18, United States Code, § 924 (c).